# EXHIBIT 10

**Lancelot Investors Fund, LP, et al.**
**Transfers to Management Companies and Gregory Bell accounts**
**for the Period October 20, 2006 to October 20, 2008**

| | To | | | Amount | From | | |
|---|---|---|---|---|---|---|---|
| **Date** | **Account Holder** | **Bank** | **Account Number** | | **Account Holder** | **Bank** | **Account Number** |
| 01/05/07 | Colossus Capital Management LLC | Banco Popular | 6801091650 | $ 305,004 | Colossus Capital Fund LP | Banco Popular | 6801091668 |
| 01/05/07 | Colossus Capital Management LLC | Banco Popular | 6801091650 | 228,439 | Colossus Capital Fund LP | Banco Popular | 6801091668 |
| 04/11/07 | Colossus Capital Management LLC | Banco Popular | 6801091650 | 544,227 | Colossus Capital Fund LP | Banco Popular | 6801091668 |
| 07/06/07 | Colossus Capital Management LLC | Banco Popular | 6801091650 | 550,435 | Colossus Capital Fund LP | Banco Popular | 6801091668 |
| 10/09/07 | Colossus Capital Management LLC | Banco Popular | 6801091650 | 584,930 | Colossus Capital Fund LP | Banco Popular | 6801091668 |
| 01/08/08 | Colossus Capital Management LLC | Banco Popular | 6801091650 | 379,369 | Colossus Capital Fund LP | Banco Popular | 6801091668 |
| 01/08/08 | Colossus Capital Management LLC | Banco Popular | 6801091650 | 276,886 | Colossus Capital Fund LP | Banco Popular | 6801091668 |
| 04/08/08 | Colossus Capital Management LLC | Banco Popular | 6801091650 | 317,598 | Colossus Capital Fund LP | Banco Popular | 6801091668 |
| 04/08/08 | Colossus Capital Management LLC | Banco Popular | 6801091650 | 199,070 | Colossus Capital Fund LP | Banco Popular | 6801091668 |
| 05/30/08 | Colossus Capital Management LLC | Banco Popular | 6801091650 | 296,972 | Colossus Capital Fund LTD | Banco Popular | 6801091684 |
| 05/30/08 | Colossus Capital Management LLC | Banco Popular | 6801091650 | 215,768 | Colossus Capital Fund LTD | Banco Popular | 6801091684 |
| 08/26/08 | Colossus Capital Management LLC | Banco Popular | 6801091650 | 245,767 | Colossus Capital Fund LP | Banco Popular | 6801091668 |
| 08/26/08 | Colossus Capital Management LLC | Banco Popular | 6801091650 | 181,994 | Colossus Capital Fund LP | Banco Popular | 6801091668 |
| | Total transfers to Colossus Capital Management LLC: | | | $ 4,326,459 | | | |
| 12/12/07 | Gregory Bell and Inna Goldman | Bank Of America | 8601297792 | $ 10,050,000 | Lancelot Investors Fund LP | Charter One | 4502965803 |
| 04/09/08 | Gregory Bell and Inna Goldman | Bank Of America | 8601297792 | 1,042,168 | Lancelot Investors Fund LP | Charter One | 4502965803 |
| 04/09/08 | Gregory Bell and Inna Goldman | Bank Of America | 8601297792 | 1,647,480 | Lancelot Investors Fund LP | Charter One | 4502965803 |
| 04/10/08 | Gregory Bell and Inna Goldman | Bank Of America | 8601297792 | 1,306,517 | Lancelot Investors Fund II LP | Charter One | 4502965870 |
| 04/10/08 | Gregory Bell and Inna Goldman | Bank Of America | 8601297792 | 1,686,831 | Lancelot Investors Fund II LP | Charter One | 4502965870 |
| | Total transfers to Gregory Bell and Inna Goldman: | | | $ 15,732,996 | | | |
| 10/30/06 | Lancelot Investment Management LLC | LaSalle | 5800432980 | $ 1,563,925 | Lancelot Investors Fund II LP | Charter One | 4502965870 |
| 10/30/06 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 1,141,361 | Lancelot Investors Fund II LP | Charter One | 4502965870 |
| 10/30/06 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 1,368,895 | Lancelot Investors Fund LP | Charter One | 4502965803 |
| 01/11/07 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 1,360,944 | Lancelot Investors Fund LP | Charter One | 4502965803 |
| 01/11/07 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 852,032 | Lancelot Investors Fund LP | Charter One | 4502965803 |
| 01/16/07 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 1,426,549 | Lancelot Investors Fund II LP | Charter One | 4502965870 |
| 01/16/07 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 1,033,895 | Lancelot Investors Fund II LP | Charter One | 4502965870 |
| 01/22/07 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 277 | Lancelot Investors Fund II LP | Charter One | 4502965870 |
| 04/12/07 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 1,077,833 | Lancelot Investors Fund II LP | Charter One | 4502965870 |
| 04/12/07 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 2,574,161 | Lancelot Investors Fund LP | Charter One | 4502965803 |
| 04/13/07 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 1,452,710 | Lancelot Investors Fund II LP | Charter One | 4502965870 |
| 07/12/07 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 2,804,071 | Lancelot Investors Fund II LP | Charter One | 4502965870 |
| 07/12/07 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 2,476,658 | Lancelot Investors Fund LP | Charter One | 4502965803 |
| 07/27/07 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 239 | Lancelot Investors Fund II LP | Charter One | 4502965870 |
| 07/27/07 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 30 | Lancelot Investors Fund LP | Charter One | 4502965803 |
| 10/12/07 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 1,065,763 | Lancelot Investors Fund LP | Charter One | 4502965803 |
| 10/16/07 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 1,646,369 | Lancelot Investors Fund LP | Charter One | 4502965803 |
| 10/19/07 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 1,578,854 | Lancelot Investors Fund II LP | Charter One | 4502965870 |
| 10/19/07 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 1,077,515 | Lancelot Investors Fund II LP | LaSalle | 4509965870 |
| 11/02/07 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 6,005,000 | Lancelot Investors Fund LP | Charter One | 4502965803 |
| 01/10/08 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 1,805,970 | Lancelot Investors Fund LP | Charter One | 4502965803 |
| 01/10/08 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 1,149,669 | Lancelot Investors Fund LP | Charter One | 4502965803 |
| 01/15/08 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 1,596,612 | Lancelot Investors Fund II LP | Charter One | 4502965870 |
| 01/15/08 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 1,102,129 | Lancelot Investors Fund II LP | Charter One | 4502965870 |
| 02/05/08 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 5,430 | Lancelot Investors Fund II LP | Charter One | 4502965870 |
| 02/05/08 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 55,686 | Lancelot Investors Fund LP | Charter One | 4502965803 |
| 06/06/08 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 6,681,035 | Lancelot Investors Fund Ltd | Charter One | 4502965846 |
| 06/06/08 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 4,792,757 | Lancelot Investors Fund Ltd | Charter One | 4502965846 |
| 08/29/08 | Lancelot Investment Management LLC | LaSalle | 5800432980 | 1,150,484 | Lancelot Investors Fund LP | Charter One | 4502965803 |
| | Total transfers to Lancelot Investment Management LLC: | | | $ 48,846,853 | | | |
| | | | Grand Total: | $ 68,906,308 | | | |